UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (AT DAYTON)

| | | |
|---|---|---|
| **JUNE BAKER,** | * | Case No. 3:17-cv-276 |
| *Plaintiff,* | * | Judge Rice |
| v. | * | |
| **VANCREST OF URBANA, INC.,** | * | ORDER |
| *Defendant.* | * | |
| | * | |
| | * | |

This matter having come before the Court on the Unopposed Motion to Approve Settlement under the Fair Labor Standards Act and Dismiss Action, and the Court having been sufficiently advised, has reviewed the Settlement Agreement and General Release, concludes that it is fair, reasonable and adequate, and that the settlement is a result of contested litigation to resolve a *bona fide* dispute.

IT IS THEREFORE ORDERED that the Joint Motion to Approve Settlement under the Fair Labor Standards Act and Dismiss Action is GRANTED. This action is hereby DISMISSED with prejudice.

IT IS SO ORDERED.

ENTERED: 5-23-18

_____
UNITED STATES DISTRICT JUDGE